IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDELARIO GARZA,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JAMES A. YATES,**<br><br>　　　　　　　　　　Respondent. | Case No. 2:08-cv-03095 FCD GGH (HC)<br><br>**ORDER** |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 6, 2009.

Dated: March 2, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

Garz3095.eot

1