IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDELARIO GARZA,** | Case No. 2:08-cv-03095 FCD GGH (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 6, 2009.

Dated: April 8, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

Garz3095.eot2

1

[Proposed] Order (2:08-cv-03095 FCD GGH (HC))